PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JASON SULLIVAN,<br><br>             Defendant. | Case No. 1:21-po-00141-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AND TO VACATE TRIAL DATE<br><br>TRIAL DATE: SEPTEMBER 17, 2021<br>TIME: 2:30 PM<br>COURT: HON. STANLEY A. BOONE |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and accordingly vacate the trial date currently set for September 17, 2021 at 2:30 pm.

DATED: September 15, 2021                     Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                                      By:    /s/ Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
                                              Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice. The trial in this matter is VACATED.

IT IS SO ORDERED.

Dated:   **September 15, 2021**

UNITED STATES MAGISTRATE JUDGE